UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:17-CV-169-TBR

**KEVAN PALUSO**     **PLAINTIFF**

V

**SONNY PERDUE, Secretary,**     **DEFENDANT**
**United States Department of Agriculture**

**OPINION AND ORDER**

This matter comes before the Court upon Motion by Plaintiff Kevan Paluso, ("Plaintiff"), for default judgment against Defendant Sonny Perdue, Secretary of the Department of Agriculture, ("Defendant"). [DN 9.] For the reasons that follow, **IT IS HEREBY ORDERED** that Plaintiff's Motion [DN 9.] is **DENIED without prejudice**.

**Discussion**

Plaintiff sued Defendant on November 3, 2017, alleging claims of (1) age discrimination; hostile work environment and retaliation; (3) constructive discharge; (4) invasion of privacy; and (5) intentional infliction of emotional distress. [*See* DN 1.] To date, no appearance has been entered on behalf of Defendant. Accordingly, Plaintiff moved for a default judgment on February 23, 2018. [DN 4.] By Order of the Court, [DN 5], Plaintiff filed proof of service, signed on November 20, 2017, showing that a summons and copy of the complaint was sent to Defendant at his office address in Washington D.C. [*See* DN 6-1.] On June 15, 2018 the Court denied Plaintiff's motion for default judgment because the Plaintiff had provided no proof that a copy of the complaint and summons had been properly served upon the United States pursuant to

1

Fed. R. Civ. P. 4(i)(1)(A)(i). [DN 7]  The Plaintiff now refiles his motion for default judgment—again with no proof that United States has been properly served with a copy of the summons and/or the complaint. The Court requires more than the certificate of service filed by the Plaintiff with the instant motion. Accordingly, the Court must—again—deny Plaintiff's motion for default judgment. Plaintiff is free to refile if, and when, he can produce sufficient evidence of proper service.

## Conclusion

For the reasons stated herein, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the Plaintiff's Motion [DN 9.] is **DENIED** without prejudice.

**IT IS SO ORDERED**.

**Thomas B. Russell, Senior Judge**
**United States District Court**

September 18, 2018

cc. Counsel of Record